UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA SAMUEL, | Case No. 2:25-cv-2362-JDP (SS) |
| Plaintiff, | |
| v. | ORDER |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis* and has submitted an affidavit stating that she is unable either to prepay fees and costs or to give security for them. ECF No. 2. However, plaintiff's application was signed on February 26, 2023. *See id.* at 4. Additionally, this *in forma pauperis* application is identical to one filed in plaintiff's previous Social Security case. *See Samuel v. Comm. of Social Security*, No. 1:23-cv-0308-CDB, ECF No. 2. Under the circumstances, the court seeks additional confirmation of accuracy of the information contained in plaintiff's application. Accordingly, plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice to refiling. Plaintiff is directed to file an updated application within thirty days.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is DENIED without prejudice to refiling.

2. Plaintiff shall file an updated application to proceed *in forma pauperis* within thirty days.

3. The Clerk of Court is directed to send plaintiff a blank application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   August 21, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE