ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA J. SAMUEL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No.  2:25-cv-02362-JDP<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from January 20 to February 19, 2026.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because counsel was recently assigned the case and currently has six district court briefs due on January 20, 2026.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before February 19, 2026;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before March 5, 2026).

Respectfully submitted,

DATE: January 9, 2026                    */s/ Josephine M. Gerrard\**
                                         JOSEPHINE M. GERRARD
                                         Attorney for Plaintiff
                                         (* approved via email on 1/7/26)

                                         ERIC GRANT
                                         United States Attorney

DATE: January 9, 2026           By    *s/ Marcelo Illarmo*
                                         MARCELO ILLARMO
                                         Special Assistant United States Attorney

                                         Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:    January 12, 2026          _____

                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE

2