ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
        Program Litigation 1 | Law & Policy
        Social Security Administration
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA J. SAMUEL,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>                    Defendant. | Case No.: 2:25-cv-02362-JDP<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:    February 12, 2026          */s/ Josephine M. Gerrard*
                                     JOSEPHINE M. GERRARD
                                     Attorney for Plaintiff
                                     (* approved via email on 2/11/26)

Dated: February 12, 2026             ERIC GRANT
                                     United States Attorney

                          By:        */s/ Marcelo Illarmo*
                                     MARCELO ILLARMO
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:    February 12, 2026          _____
                                     JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE

Stip. For Voluntary Remand;  Case 2:25-cv-02362-JDP          2